UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Faraud K. Muhammad, )
)
Plaintiff, )
)
v. )    Civil Action No.  **09 1046**
)
The Governor to the CIA of Illinois *et al.* )
)
Defendants. )

<u>MEMORANDUM OPINION</u>

Plaintiff, proceeding *pro se*, has submitted seven complaints each accompanied by an application to proceed *in forma pauperis*. In each complaint, plaintiff sues "secret CIA" agents and in five complaints he adds "[t]he Governor to the CIA of Illinois" and officers of the DeKalb, Illinois, police department. Because the Court will dispose of the seven complaints in the same manner, it will consolidate them into one civil action, grant plaintiff's *in forma pauperis* application and dismiss the case as frivolous.[1]

Plaintiff is a homeless individual in the District of Columbia. He accuses the defendants of various misdeeds, including poisoning him with toxic material and transferring "certain [of his] brainwave frequencies" to CIA headquarters and the basement of the DeKalb police department to monitor his activities. Complaints that describe fantastic or delusional scenarios are subject to immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v.*

---

[1] In proceedings where leave to proceed *in forma pauperis* is granted, the Court must "dismiss the case at any time [it] determines that . . . the action . . . is frivolous." 28 U.S.C. § 1915(e)(2)(B)(i). In addition to "The Governor to the CIA of Illinois" and the DeKalb police department, the named defendants, as consolidated, are: "Secret CIA Agents" Mariah, Star, Al Ousli, Tim Bowden, Stephanie Knudson, John Muhammad, Elois D. Harris, Medinah Harris, Mecca Muhammad, Naoki Harris, Nadar Muhammad, Vekie Harris, B Littlejohn, Sharon Littlejohn, Tina Harris, Tiffany Harris and Ericka Littlejohn and Police Officers Melissa Hernandez, Tim Moore and Lt. Dan Gerace.

*Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994).  Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact."  *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984).  Because each consolidated complaint qualifies for such treatment, the Court will dismiss the case by separate Order issued contemporaneously.

Rosemary M. Collyer
United States District Judge

Date: May 18, 2009